

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANNA RUILOBA, | § | No. 08-17-00123-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D02097) |

## **O R D E R**

Pending before the Court is a motion filed by Appellant's appointed counsel, Ruben P. Morales, to withdraw as counsel. The motion to withdraw is GRANTED. The trial court is ordered to appoint new counsel to represent Appellant on appeal. The trial court shall forward its order of appointment to the District Clerk of El Paso County, Texas, on or before December 27, 2018. The District Clerk shall prepare and forward a supplemental clerk's record containing the appointment and forward the same to this Court on or before January 6, 2019. Appellant's brief shall be due thirty days from the date the supplemental clerk's record is filed.

IT IS SO ORDERED this 7th day of December, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.